IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:   1:14-cv-03464-MEH | Date:   March 12, 2015 |
| Courtroom Deputy:   Molly Davenport | FTR:   Courtroom A 501 |

*Parties:*                                                                                     *Counsel:*

JOSEPH NIGRO ET AL                                                        James Beckwith

   Plaintiffs,

v.

ENCOMPASS INDEMNITY COMPANY                               Leigh Anderson

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**9:43 a.m.   Court in session.**

Court calls case. Appearances of counsel.

Following oral argument, the Court DENIED [25] Motion for Protective Order.

**10:02 a.m.     Court in recess.**   Hearing concluded.
Total in-court time    00:19

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.