IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03464-MEH

JOSEPH NIGRO, and
TERRY NIGRO,

      Plaintiffs,

v.

ENCOMPASS INDEMNITY COMPANY,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2015.**

      Plaintiffs' Motion for Leave to File First Amended Complaint and Adjusting [sic] Scheduling Order [filed October 4, 2015; docket #45] is **denied without prejudice** for Plaintiffs' failures to comply with D.C. Colo. LCivR 15.1(b) and to propose alternate deadlines for the Scheduling Order.