IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-03464-MEH

JOSEPH NIGRO, and
TERRY NIGRO,

    Plaintiffs,

v.

ENCOMPASS INDEMNITY COMPANY,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

The Joint Motion for Dismissal of Action with Prejudice Based on Settlement [filed October 21, 2015; docket #48] is **granted**. The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay his, her, or its own attorney's fees and costs.

Dated at Denver, Colorado this 22nd day of October, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge